# IN THE SUPREME COURT OF THE STATE OF NEVADA

ROXANNE MARIE MOMOT,
Appellant,
vs.
PETER F. MORALES, JR.,
Respondent.

No. 84891

FILED

AUG 2 2 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from the hearing master's recommendation that appellant's application for a temporary protective order be denied. Eighth Judicial District Court, Clark County; Vincent Ochoa, Judge.

Review of this appeal reveals jurisdictional defects. This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *See Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013). As no statute or court rule authorizes an appeal from the challenged order, it is not substantively appealable. *See* NRAP 3A(b) (listing orders and judgments from which an appeal may be taken; *see generally In re Temporary Custody of Five Minor Children*, 105 Nev. 441, 777 P.2d 901 (1989) (stating that no appeal may be taken from a temporary order subject to periodic mandatory review). Additionally, appellant appeals from a minute order. The district court's minute order is not effective and cannot be appealed. *See Rust v. Clark Cty. Sch. Dist.*, 103 Nev. 686, 689, 747 P.2d 1380, 1382 (1987) (stating that the district court's

22-26150

minute order is ineffective and cannot be appealed).  Accordingly, this court lacks jurisdiction and

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Herndon

cc:     Hon. Vincent Ochoa, District Judge
        Roxanne Marie Momot
        Peter F. Morales, Jr.
        Eighth District Court Clerk